

FILED

JUN 25 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 19-35-M-JCL |
|---|---|
| Location Data of cellular telephone 352-247-9206, with Electronic Serial Number Unknown | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of June, 2019.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge